# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2020

160655 & (23)(24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARY ANNE MARKEL,
      Plaintiff-Appellant,

v

WILLIAM BEAUMONT HOSPITAL,
      Defendant-Appellee,

and

HOSPITAL CONSULTANTS, PC, LINET
LONAPPAN, MD, and IOANA MORARIU,
      Defendants.
_____/

SC: 160655
COA: 350655
Oakland CC: 2018-164979-NH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 6, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion for stay is GRANTED. Trial court proceedings are stayed pending the completion of that appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2020



Clerk

a0122